**FILED**

02/01/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0597

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 20-0597

|  |  |
|---|---|
| | ) |
| JUSTIN LEE ROMERO, | ) |
| Petitioner and Appellant, | ) |
| vs. | ) |
| | ) |
| STATE OF MONTANA, | ) |
| Respondent and Appellee. | ) |
| | ) |

## ORDER DISMISSING APPEAL

## ON APPEAL FROM THE DISTRICT COURT
## THIRTEENTH JUDICIAL DISTRICT OF
## THE STATE OF MONTANA, YELLOWSTONE COUNTY
### Honorable Donald L. Harris, Presiding

_____

WHEREAS, the Appellant has moved this Court to dismiss the above-referenced mater and good cause appearing therefrom;

IT IS HEREBY ORDERED, this matter is DISMISSED.

1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served a true and accurate copy of the foregoing Brief by electronic delivery via the ECF filing system.

Tim fox, ESQ
Attorney General
P. O. Box 201401
Helena, MT 59620-1401
Attorney for Appellee

GINA DAHL
Billings City Attorney's Office
210 N 27th Street
Billings, MT 59101


DATED this 1 February 2021


*/s/ Martin W. Judnich*_____
Martin W. Judnich, Esq.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 1 2021